UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

06 Cr. 865 (SCR)

v.

Craig Major

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated August 1, 2007, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: September 18, 2007

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE